# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH HAMPTON,

    Plaintiff,

 vs.

PANASONIC CORPORATION OF NORTH AMERICA,

    Defendant.

Case No.: 2:19-cv-01751-GMN-EJY

**ORDER TRANSFERRING CASE**

This case was filed in the unofficial Southern Division of the District of Nevada on October 9, 2019. The Complaint provides that Plaintiff Kenneth Hampton is a resident of Washoe County, Nevada and the Summons indicates Defendant Panasonic Corporation of North America has an address in Carson City, Nevada. (Compl. ¶ 1, ECF No. 1); (Summons, ECF No. 3). As such, the Court finds that proper venue for this case is in the unofficial Northern Division of the District of Nevada.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **TRANSFERRED** to the unofficial Northern Division of the District of Nevada.

**IT IS FURTHER ORDERED** that the Clerk's Office shall **close this case** upon successful transfer.

**DATED** this _8_ day of October, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court