FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Panasonic
Corporation of North America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| KENNETH HAMPTON, an individual, | Case No. 3:19-cv-00621-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive, | **(Second Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including December 6, 2019 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) based on the parties engaging in settlement discussions. This is the second request for an extension

FP 36581257.1

- 1 -

of this deadline.

| FISHER & PHILLIPS | REMPFER MOTT LUNDY, PLLC |
|---|---|
| By: /s/<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendant | By: /s/<br>Joseph N. Mott, Esq.<br>Scott E. Lundy, Esq.<br>10091 Park Run Dr., Ste. 200<br>Las Vegas, NV 89145<br>Attorney for Plaintiff |

IT IS SO ORDERED.

DATED: November 22, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

FP 36581257.1

- 2 -