FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorneys for Defendant, Panasonic
Corporation of North America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| KENNETH HAMPTON, an individual, | Case No. 3:19-cv-00621-MMD-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| PANASONIC CORPORATION OF NORTH AMERICA, a Delaware Corporation; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| FISHER & PHILLIPS | REMPFER MOTT LUNDY, PLLC |
|---|---|
| By:_____/s/_____ <br> Scott M. Mahoney, Esq. <br> 300 S. Fourth Street #1500 <br> Las Vegas. NV 89101 <br> Attorney for Defendant | By:_____/s/_____ <br> Scott E. Lundy, Esq. <br> 10091 Park Run Dr., Ste. 200 <br> Las Vegas, NV 89145 <br> Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 30, 2020

- 1 –

FP 37478822.1